UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOANNE A. BAKER, as Pesonal
Representative of the Estate of PRITI
VASANT SHERE-SHEPHERD, deceased,

      Plaintiff,

v.                                    Case No.  6:13-cv-174-Orl-18TBS

DAYNE A. KROUT, MATTHEW ROWE, CITY
OF MAITLAND, JEFFREY SHUMWAY, ET
AL.,

      Defendants.

_____

ORDER

      This case comes before the Court on the Unopposed Defendants' City of Casselberry, Jeffrey Shumway, and James Ball, Motion to Set Aside Clerk's Defaults and Incorporated Memorandum of Law (Doc. 49); and Plaintiff's Withdrawal of Motions for Default Judgment by the Court against Defendants City of Casselberry, Jeffrey Shumway and James Ball (Doc. 50), which the Court construes as a motion. Upon due consideration, both motions are GRANTED.  Accordingly,

      (1) The defaults previously entered against the City of Casselberry, Jeffrey Shumway, and James Ball (Docs. 41-43), are VACATED;

      (2) The City of Casselberry, Jeffrey Shumway, and James Ball shall plead in response to Plaintiff's complaint on or before May 6, 2013; and

      (3) Plaintiff's motions for the entry of default judgment against the City of Casselberry, Jeffrey Shumway, and James Ball (Docs. 44-46, are deemed WITHDRAWN and otherwise DENIED as moot.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on April 17, 2013.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel