UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOANNE A. BAKER,

                Plaintiff,

v.                               Case No: 6:13-cv-174-Orl-18TBS

DAYNE A. KROUT, MATHEW ROWE, CITY OF MAITLAND, JEFFREY SHUMWAY, JAMES BALL, CITY OF CASSELBERRY, FORREST PRICE, DAVID HERNANDEZ, DEREK CHENOWETH, CITY OF LONGWOOD, DANIEL BROWN, GENE WILLIAMS, THOMAS BRONSON, DONALD F. ESLINGER,

                Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation as to the propriety of Rule 11 sanctions against Plaintiff Joanne A. Baker. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court will decline to impose Rule 11 sanctions against Plaintiff or her lawyer. Motions for leave to file voluntary dismissals with prejudice (Doc. 66) are **DENIED**. Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 21 day of August, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record